Thomas C Souran
Pro-Se
108 Harris Road, Suite F
East Peoria, Illinois 61611

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS C SOURAN, | ) 17-1197 |
| Plaintiff, | ) |
| vs. | ) |
| Square, Inc., a Corporation | ) |
| Caviar, a corporation and Doug Hall, | ) |
| an individual, | ) |
| Defendant | ) |

FILED
JUN 14 2017
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MOTION TO DISMISS CASE WITHOUR PRJUDICE AND REFILE

NOW COMES Thomas C Souran, Plaintiff and requests of this Honorable Court that they allow Plaintiff to dismiss this case without prejudice and allow Plaintiff to refile in the Northern District of Illinois.

WHEREFOR, Plaintiff prays for the following relief;

1. That this case be dismissed without prejudice and Plaintiff given 21 days to refile the case in the Northern District of Illinois, and;

2. Any and all other relief that this Honorable Court feels is just and equitable.

Motion to Dismiss Case and refile - 1

Respectfully Submitted,

_____
Thomas C Souran, Plaintiff

Dated this 1_ of June, 2017

_____
Thomas C Souran - Pro Se

Motion to Dismiss Case and refile - 2